*Gilliom* and *James M. Ogden* for petitioners. *Mr. Clyde H. Jones* for respondent.

No. 201. FRANK MILLER Co. *v.* BASSICK MFG. Co. October 21, 1929. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Mr. Frank S. Busser* for petitioner. *Mr. Lynn A. Williams* for respondent.

No. 202. BOSARGE ET AL. *v.* ALABAMA. October 21, 1929. Petition for writ of certiorari to the Court of Appeals of Alabama denied. *Mr. Harry H. Smith* for petitioners. *Mr. Charlie C. McCall* for respondent.

No. 203. MONONGAHELA WEST PENN PUBLIC SERVICE CORP'N *v.* ALBEY. October 21, 1929. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. Lawrence R. Pugh* for petitioner. *Mr. Roy N. Merryman* for respondent.

No. 204. MISSOURI PACIFIC R. Co. *v.* WHEELER. October 21, 1929. Petition for writ of certiorari to the Supreme Court of Missouri denied. *Messrs. Edward J. White* and *Harry R. Stocker* for petitioner. *Mr. W. H. Douglass* for respondent.

No. 205. FORT DODGE, DES MOINES & SOUTHERN R. Co. *v.* YARN. October 21, 1929. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth